JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MENDEZ, | Case No. CV 14-0448 FMO |
| Petitioner, | Case No. CR 07-0011 FMO-7 |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 28th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge